

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★  ★  ★                                       ★  ★  ★



# MEMORANDUM OPINION

No. 04-10-00173-CV

## IN RE C.R.S.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Phylis J. Speedlin, Justice
              Marialyn Barnard, Justice

Delivered and Filed: April 14, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On February 24, 2010, relator Steven Anthony Schutze filed a petition for writ of mandamus, complaining of the trial court's December 16, 2009 order granting a new trial and the February 19, 2010 order specifying the trial court's reasons for granting a new trial.[2] The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 08-10-0833-CVA, styled *In the Interest of C.R.S.*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Donna Rayes presiding.

[2] On February 10, 2010, this court conditionally granted mandamus relief in Cause No. 04-09-00814-CV, ordering the trial court to comply with *In re Columbia*, 290 S.W.3d 204, 213 (Tex. 2009) by specifying the reasons it refused to enter judgment on the jury's verdict and ordered a new trial. *See In re CRS*, No. 04-09-00814-CV, 2010 WL 454965 (Tex. App.—San Antonio Feb. 10, 2010, orig. proceeding). On February 19, 2010, the trial court complied with this court's order by entering an order specifying the reasons it granted a new trial.